IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| LINDA K. RUSHTON AND KENNETH RUSHTON,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA AND, CINTAS CORPORATION,<br><br>    Defendants. | Civil Action No. 1:15-CV-01378-JMC<br><br>**CONSENT ORDER SUBSTITUTING DEFENDANT** |

Upon consent motion of the parties, the Court hereby substitutes Cintas Corporation No. 2 as the correct party defendant and dismisses Cintas Corporation with the caption amended accordingly.

No additional responsive pleading to the Amended Complaint will be necessary in light of this substitution, and the answer previously filed on behalf of Cintas Corporation will be sufficient with respect to Cintas Corporation No. 2.

**IT IS SO ORDERED:**

                                                    <u>s/J. Michelle Childs</u>
                                                   J. Michelle Childs
                                                   United States District Judge

Dated: May 13, 2016.

**We so consent:**

| | |
|---|---|
| PETERS, MURDAUGH, PARKER, ELTZROTH & DETRICK, P.A. | WILLIAM N. NETTLES<br>United States Attorney<br>District of South Carolina |
| By: /s/ William F. Barnes<br>William F. Barnes (Fed. Bar # 10639)<br>101 Mulberry Street East<br>P.O. Box 457<br>Hampton, SC 29924<br>Telephone:  (803) 943-2111<br>Email: wbarnes@pmped.com<br>*Attorney for Plaintiffs* | By: /s/ Matthew J. Modica<br>Matthew J. Modica<br>Assistant United States Attorney<br>Fed. Bar No. 10226<br>151 Meeting Street, Suite 200<br>Charleston, SC 29401<br>Telephone: (843) 266-1676<br>Email: matthew.j.modica@usdoj.gov<br>*Attorney for Defendant United States of America* |

FULCHER HAGLER LLP

/s/ Elizabeth A. McLeod
ELIZABETH A. MCLEOD
South Carolina Bar No. 72660
South Carolina District Court No. 9786
One Tenth Street, Suite 700
P.O. Box 1477
Augusta, GA  30903-1477
(706) 724-0171
Fax No.:  (706) 396-3631
E-Mail:  emcleod@fulcherlaw.com
*Attorney for Defendant Cintas Corporation*